UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FEDERAL DEPOSIT INSURANCE
CORPORATION                                         CIVIL ACTION

VERSUS                                              NO: 20-1253

ASHTON RYAN ET AL.                                  SECTION "H"

### ORDER

This matter was initially sealed for 30 days on April 23, 2020 on the premise that sealing the case would promote settlement. The seal was extended for a final time in April 2021 until there is an impasse in settlement negotiations. No settlement has been confected since that time. On February 10, 2022, this Court ordered the parties to show cause why the matter should not be unsealed.

Plaintiff FDIC responded to the show cause order objecting to the continuation of the seal. It indicated that settlement negotiations are deadlocked and that the parties have not moved from their various positions in more than six months.

Defendants William D. Aaron, Jr, William Carrouche, Hermann Moyse, III, Grish Roy Pandit, Stephen Petagna, and R. Michael Wilkinson responded in support of continuation of the seal. Defendants contend that settlement negotiations have not been declared to be at an impasse. Even so, Defendants do not explain how continuation of the seal—which has been in place for nearly two years—will facilitate settlement. They therefore have not overcome the

presumption in favor of the public's access to judicial records and have not shown good cause for sealing this matter.

Accordingly;

**IT IS ORDERED** that the matter be **UNSEALED**.

New Orleans, Louisiana this 18th day of February, 2022.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**